Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

SOUTHERN _____ District of

__HOUSTON_____ Division

| | |
|---|---|
| FREDERICK JEFFREY <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br> CITY OF HOUSTON, TEXAS <br> HOUSTON POLICE DEPARTMENT <br> GERALD M. GOINES <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FREDERICK JEFFREY |
| Address | 2811 NETTLETON |
| | HOUSTON, TX 77004 |
| | *City   State   Zip Code* |
| County | Harris |
| Telephone Number | NA |
| E-Mail Address | NA |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF HOUSTON, TEXAS |
| Job or Title *(if known)* | |
| Address | 901 Bagby |
| | Houston, TX 77002 |
| | *City   State   Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | HOUSTON POLICE DEPARTMENT |
| Job or Title *(if known)* | |
| Address | 1200 TRAVIS ST. |
| | HOUSTON, TX 77002 |
| | *City   State   Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
  Name: GERAL M. GOINS via counsel or HPD offices
  Job or Title (if known):
  Address:
    City / State / Zip Code
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [✔] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
    City / State / Zip Code
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
DUE PROCESS AND EQUAL PROYECTION CLAUSES OF THE UNITERD STATES CONSTITUTION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THE CITY OF HOUSTON, THE HOUSTON POLICE DEPARTMENT AND GERALD GOINES ACTING UNDER COLOR OF LAW, ILLEGALLY ARRESTED, CHARGED AND CONVICTED THE PLAINTIFF.THE PLAINTIFF WAS LATER FOUND TO BE WRONGLY CONVICTED, AND SUFFERED INCARCERATION AND OTHER HARM AS A RESULT, IN VIOLATION OF PLAINTIFF'S RIGHT TO

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
THE EVENTS OCCURRED AT 2811 NETTLETON ST. IN HOUSTON, TEXAS.

B. What date and approximate time did the events giving rise to your claim(s) occur?
October 23, 2016

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Gerald Goines, at the time a narcotics officer with the Houston Police Department, submitted a falsified affidavit in support of probable cause for an arrest and search warrant at the location where the Plaintiff was in residence. He claimed that narcotics were to be purchased from the Plaintiff at this residence, but in fact there was never any narcotics purchased from the Plaintiff by a confidential informant acting in concert with Gerald Goines, who supervised the action taken against the Plaintiff. The informant actually made it clear that the informant did not purchase narcotics at Mr. Jeffery's residence, where the Plaintiff was staying with a friend.

Officer Goines later falsely testified in the criminal case that Mr. Jeffery's was connected to the drugs by the informant and a cell phone found at the scene of the drugs in the neighboring home which he claimed was the Plaintiff's. After a writ of habeas corpus was brought in the 192nd District Court, the

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The plaintiff, Frederick Jeffrey, was arrested, charged and later convicted of Possession of A Controlled Substance and sentenced to twenty-five (25) years in prison.  Mr. Jeffrey suffers with a serious mental health disability, a condition that the Houston Police Department was either aware of at the time of Mr. Jeffrey's arrrest, or should have been aware of.  Mr. Jeffrey's mental health condiion has been severely impacted by his incarceration, and he continues to receive treatment for his mental health condition.  Mr. Jeffrey has further suffered economic damages as a result of this event, including issues affecting employment, housing, and other benefits ordinarily afforded citizens who have not been incarcerated.  He has been deprived of his right to simply be free for more than five years.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Plaintiff, Frederick Jeffrey, respectfully requests this Court to award actual damages against the City of Houston and the Houston Police Department, as well as actual and punitive damages against Gerald M. Goines, who while acting under color of law, were taken in his personal capacity as a deliberate and intentional violation of law.The plaintiff requests damages in the amount of five million dollars against the City of Houston and the Houston Police Department and punitive damages in the amount of 2.5 million dollars against Gerald M. Goines.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

**B.  For Attorneys**

Date of signing: 01/10/2023

Signature of Attorney: /s/ Patrick F. McCann
Printed Name of Attorney: PATRICK F. McCANN
Bar Number: 00792680
Name of Law Firm: LAW OFFICES OF PATRICK F. McCANN
Address: 700 LOUISIANA, STE. 3950
City: HOUSTON   State: TX   Zip Code: 77002
Telephone Number: 223-3805
E-mail Address: WRITLAWYER@OUTLOOK.COM