## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK JEFFERY | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:23−cv−00069 |
| | § | |
| CITY OF HOUSTON, et al. | § § § | |
| Defendant. | § | |

### NOTICE OF RESETTING

A Status Conference has been set in this matter for 01:30 PM on 5/29/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1600772147?pwd=aEhhYURZbFNjSTF1Nm1PN0JGR1FOQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 077 2147
Meeting Password: 538311

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/3/2024

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.