# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

**FREDERICK JEFFERY**

V.                                              *        . No. 4:23-cv-69

**CITY OF HOUSTON**

V.

**GERALD GOINES**                    *

## NOTICE OF NON-SUIT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Comes now,** the Plaintiff, Frederick Jeffery, by and through his attorney of record, and asks this Honorable to dismiss this lawsuit against all parties.

Respectfully submitted,
/s/ _____Patrick F. McCann_____
700 Louisiana, Ste 3950
Houston, Texas 77002
832-390-2731
writlawyer@outlook.com

**Certificate of service and conference**
I hereby affirm that a true and correct copy of the foregoing was served on the opposing counsel on the day of filing via electronic means, and that they have no objection   Counsel. ___ /s/ Patrick F. McCann_____.