United States District Court
Southern District of Texas
**ENTERED**
May 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK JEFFERY, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00069 |
| | § | |
| GERALD M GOINES, | § | |
|    Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Frederick Jeffrey filed a notice of non-suit as to all parties. (Dkt. 15).

Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas on May 30, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE